

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:   01-15-00305-CV

Style:      Bacon-Tomsons, Ltd., BRL Oil and Gas, L.L.C., and Ferrell Edwin

        Munson v. Chrisjo Energy, Inc. and Jack M. Cline

Date motion filed[*]:  July 24, 2015

Type of motion:   Unopposed Motion to Substitute Lead Counsel

Party filing motion:  Appellants' new counsel Chris Di Ferrante

Document to be filed: N/A

Is appeal accelerated?  No.

Ordered that motion is:

  ☑ Granted

  ☐ Denied

  ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

  ☑ Other:

  The motion to substitute lead counsel is **granted**, but construed as a notice of appearance, and the Clerk of this Court is directed to note Chris Di Ferrante's appearance as lead counsel for appellants. *See* TEX. R. APP. P. 6.1(a), 6.2, 6.5(d). If counsel Kyle Dickson requests withdrawal, he must file a motion that complies with Rule 6.5(d).

Judge's signature: /s/ Evelyn V. Keyes
       ☒ Acting individually

Date: August 20, 2015